## Ernest (Pete) PORTER v. STATE.
### No. 17136.

Court of Criminal Appeals of Texas.
Nov. 28, 1934.

Reynolds & Heare, of Shamrock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for bribery; punishment, two years in the penitentiary.

We find with the record an affidavit in proper form asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.